UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Terry Heikkinen-Todt et al.,<br><br>Defendant. | Civil Action No. 2:25–cv–279 |

## ORDER

On or before April 21, 2025, Plaintiff shall return executed its Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 9th day of April 2025.

*/s/ Kevin J. Doyle*
Kevin J. Doyle
United States Magistrate Judge